IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:19-CR-163-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER GRANTING MOTION FOR |
| v. | ) | LEAVE TO SEAL MOTION TO |
| | ) | CONTINUE ARRAIGNMENT DATE |
| CHARLES JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has reviewed Defendant James' Motion for Leave to Seal Motion to Continue Arraignment Date.

IT IS ORDERED that:

1. Defendant James' Motion to Seal is GRANTED.

2. The Clerk of Court is directed to file the proposed sealed documents as sealed.

DATED this 4th day of December, 2019.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE