IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:19-CR-163-FL-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL DEFENDANT'S |
| | ) | THIRD MOTION TO CONTINUE |
| CHARLES JAMES, | ) | TRIAL AND ARRAIGNMENT DATE |
| | ) | |
| Defendant. | ) | |

The Court has reviewed Defendant James' Motion to Seal Defendant's Third Motion to Continue the Trial and Arraignment Date. For good cause shown,

IT IS ORDERED that:

1. Defendant James' Motion is GRANTED.

2. The Clerk of Court is directed to file the proposed sealed document as sealed.

DATED this 15th day of April, 2020.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE